# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROTECH HEALTHCARE INC.,**
    Plaintiff,

v.                                         Case No. 6:23-cv-2338-JA-RMN

**JEFFREY CARMICHAEL,**
    Defendant.

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion to File Under Seal Confidential Exhibits (Doc. 63), it is **ORDERED** that the motion is **GRANTED**. The motion complies with Local Rule 1.11, and the Court finds that the parties' interests in filing the proposed items under seal outweigh the public's interest in accessing court documents in this instance. And the Court is satisfied that no less onerous alternative to sealing these items is available. Thus, Plaintiff may file exhibits 1 through 5 in support of its summary judgment motion under seal as a separate entry in the electronic record as soon as practicable. These documents shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida, on August 5, 2025.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record